[No. 25325-2-III.   Division Three.   May 29, 2007.]

DONITA HUMRICH ET AL., *Appellants*, v. KEN KERR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-05325-7, Harold D. Clarke III, J., entered June 14, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 34291-0-II.   Division Two.   May 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00493-2, John F. Nichols, J., entered December 22, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34483-1-II.   Division Two.   May 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN JAMES McKINLAY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-01367-6, Paula Casey, J., entered February 14, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 34499-8-II.   Division Two.   May 30, 2007.]

MARVIN POINDEXTER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-06530-2, Linda CJ Lee, J., entered January 6, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.